IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :    Chapter 13

Carlos A. Ortiz                 :    No. 15-18325-ELF

   Debtor

## ORDER

AND NOW, this __20th__ day of __July_____, 2016, it is hereby ORDERED that the Motion to Approve Loan Modification is **DENIED** as unnecessary insofar as it is only a trial loan modification. This denial is **WITHOUT PREJUDICE** to the Debtor's right to seek authorization to enter into a permanent loan modification

ERIC L. FRANK
CHIEF UNITED STATES BANKRUPTCY JUDGE