# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 15-18325-ELF

CARLOS A ORTIZ

551 MARWOOD ROAD

PHILADELPHIA, PA 19120

        Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

    Debtor(s), at the address listed, by first class mail.

CARLOS A ORTIZ

551 MARWOOD ROAD

PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Date: 7/17/2018

                    /S/ William C. Miller
                    _____
                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee