United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-18325-elf
Carlos A. Ortiz                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi              Page 1 of 2           Date Rcvd: Aug 22, 2018
                       Form ID: pdf900           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2018.
```
db              +Carlos A. Ortiz,    551 Marwood Road,    Philadelphia, PA 19120-2627
13698251         American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                  Carol Stream, IL  60197-5008
13635211         Comcast Cable,    P.O. Box 3002,    Southeastern, PA 19398-3002
13635213        +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13635218         PNC Bank,    111 Market Street,    Philadelphia, PA 19106
13635217         Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13732250        +U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PEN,    PHFA Loan Servicing Division,
                  211 North Front Street,    Harrisburg, PA 17101-1466
13726381        +U.S. Bank N.A.,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,
                  701 Market St., Ste. 5000,    Phila., PA 19106-1541
13839222        +U.S. Bank NA,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                  Phila., PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Aug 23 2018 01:54:20     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2018 01:53:56
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 23 2018 01:54:18     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13723428         E-mail/Text: megan.harper@phila.gov Aug 23 2018 01:54:20     City of Philadelphia,
                  Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA  19102-1595
13635210         E-mail/Text: megan.harper@phila.gov Aug 23 2018 01:54:21
                  City of Philadelphia, Law Department,    Municipal Services Building,
                  1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102
13635212        +E-mail/Text: aalvino@helmautoloans.com Aug 23 2018 01:54:13     Helm Assocs,    801 Bristol Pike,
                  Croydon, PA 19021-5447
13635214        +E-mail/Text: blegal@phfa.org Aug 23 2018 01:54:12     Pa Housing Finance Age,    211 N Front St,
                  Harrisburg, PA 17101-1406
13635216        +E-mail/Text: bankruptcygroup@peco-energy.com Aug 23 2018 01:53:53     Peco Energy,
                  2301 Market Street,    Philadelphia, PA 19103-1380
13635219         E-mail/Text: megan.harper@phila.gov Aug 23 2018 01:54:20     Water Revenue Bureau,
                  1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13635215*       +Pa Housing Finance Age,    211 N Front St,    Harrisburg, PA 17101-1406
                                                                                 TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2018 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Carlos A. Ortiz dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
```

```
District/off: 0313-2          User: Randi                 Page 2 of 2                   Date Rcvd: Aug 22, 2018
                              Form ID: pdf900             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, Et Al...
         tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                     TOTAL: 6

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CARLOS A ORTIZ                                    Chapter 13

                    Debtor                        Bankruptcy No. 15-18325-ELF

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: August 22, 2018**        _____
                                Eric L. Frank
                                Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
CARLOS A ORTIZ

551 MARWOOD ROAD

PHILADELPHIA, PA 19120